IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CODY SIERRA MOLICA, | No. C-07-0373 MMC |
| Plaintiff, | **ORDER STRIKING PLAINTIFF'S AMENDED OPPOSITION TO MOTION TO COMPEL ARBITRATION** |
| v. | |
| SANTA ROSA CHEVROLET, INC., et al., | |
| Defendants. | |

On March 27, 2007, after defendants filed their reply in support of their motion to compel arbitration, plaintiff filed an amended opposition. Pursuant to the Civil Local Rules of this District, "once a reply is filed, no additional memoranda, papers or letters may be filed without prior Court approval." See Civil L.R. 7-3(d). Plaintiff did not seek Court approval prior to filing his amended opposition, and sets forth no explanation with respect to why an amended opposition is necessary.

Accordingly, plaintiff's amended opposition is hereby STRICKEN from the record.

**IT IS SO ORDERED.**

Dated: March 28, 2007

MAXINE M. CHESNEY
United States District Judge