United States District Court

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CODY SIERRA MOLICA,<br><br>    Plaintiff,<br><br>  v.<br><br>SANTA ROSA CHEVROLET, INC., et al.,<br><br>    Defendants.<br>_____/ | No. C-07-0373 MMC<br><br>**ORDER GRANTING DEFENDANTS' PETITION TO COMPEL ARBITRATION AND STAY JUDICIAL PROCEEDINGS; VACATING HEARING**<br><br>(Docket No. 4) |

      Before the Court is defendants' "Petition to Compel Binding Arbitration and Stay Judicial Proceedings," filed February 27, 2007. Plaintiff has filed opposition; defendants have filed a reply.[1] Having considered the papers filed in support of and in opposition to the petition, the Court finds the matter appropriate for decision without oral argument, see Civil L.R. 7-1(b), and hereby VACATES the April 6, 2007 hearing.

      For the reasons set forth by defendants, the petition to compel arbitration is hereby GRANTED, and the instant action is hereby STAYED, pursuant to 9 U.S.C. § 3, pending

//

//

---

[1] Thereafter, plaintiff filed, without obtaining leave of court, an "amended opposition," which the Court struck pursuant to Civil Local Rule 7-3(d). The Court's conclusion in the instant order would remain the same if the Court were to consider the amended opposition.

1  conclusion of the arbitration.

2       This order terminates Docket No. 4.

3       **IT IS SO ORDERED.**

4  Dated: April 3, 2007                                     MAXINE M. CHESNEY
                                                            United States District Judge