IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CODY SIERRA MOLICA,<br><br>    Plaintiff,<br><br>  v.<br><br>SANTA ROSA CHEVROLET, INC., et al.,<br><br>    Defendants.<br>_____/ | No. C-07-0373 MMC<br><br>**ORDER RE: DEFENDANTS' APRIL 5, 2007 LETTER** |

    Before the Court is defendants' letter, dated April 5, 2007, seeking to vacate the Court's order, filed April 3, 2007, granting defendants' motion to compel arbitration.

    The Court generally does not act on letter requests. Consequently, if defendants seek to vacate the Court's order compelling arbitration, defendants must file either a stipulation signed by all parties, or a motion noticed and filed in accordance with the Federal Rules of Civil Procedure and the Civil Local Rules of this district.

    **IT IS SO ORDERED.**

Dated: April 11, 2007

                                     MAXINE M. CHESNEY
                                     United States District Judge