IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CODY SIERRA MOLICA, | No. C-07-0373 MMC |
| Plaintiff | **ORDER GRANTING PLAINTIFF'S MOTION TO PARTICIPATE IN ELECTRONIC CASE FILING PROGRAM** |
| v. | |
| SANTA ROSA CHEVROLET, et al., | |
| Defendants / | |

    Before the Court is plaintiff's Motion to Participate in Electronic Filing Program, filed May 30, 2007. Good cause appearing, plaintiff's motion is hereby GRANTED, on condition that plaintiff first register as an Electronic Case Filing User on the court's website. Specifically, plaintiff must follow the registration procedure set forth on the court's website at https://ecf.cand.uscourts.gov/cand/newreg/index.html. Once plaintiff completes the registration procedure and receives his e-filing password from the ECF Help Desk, plaintiff shall electronically file a notice informing the Court that he has received his e-filing password and is able to electronically file documents. Once such notice has been filed electronically, all further filings shall be filed electronically, subject to the exceptions and exclusions set forth in section VII of General Order No. 45.

    The parties are reminded of the following provision in the Court's Standing Orders: "In all cases that have been assigned to the Electronic Case Filing Program, the parties are

1  required to provide for use in chambers one paper copy of each document that is filed
2  electronically.  The paper copy of each such document shall be delivered no later than
3  noon on the day after the document is filed electronically.  The paper copy shall be marked
4  'Chambers Copy' and shall be delivered to the Clerk's Office in an envelope clearly marked
5  with the judge's name, case number, and 'E-Filing Chambers Copy.'"

6  **IT IS SO ORDERED.**

7  Dated: June 1, 2007

                                              MAXINE M. CHESNEY
                                              United States District Judge