Mark G. Intrieri (SBN 116627)
Jessica A. Fakhimi (SBN 184115)
CHAPMAN & INTRIERI, L.L.P.
2236 Mariner Square Drive
Third Floor, Suite 300
Alameda, California 94501-1090
Telephone: (510) 864-3600
Facsimile: (510) 864-3601

Attorneys for Defendant
SANTA ROSA CHEVROLET



E-Filing

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CODY SIERRA MOLICA, an individual, | Case No. 3:07-cv-00373-MMC |
| Plaintiff, | **STIPULATION TO ADVANCE SETTLEMENT CONFERENCE; [PROPOSED] ORDER** |
| vs. | |
| SANTA ROSA CHEVROLET, INC., a California Corporation; JEFFREY PAZ, an individual, | Complaint Filed: January 18, 2007 |
| Defendants. | |

The parties to this action, by and through their respective attorneys of record, do hereby agree and stipulate as follows.

### RECITALS

1. The above referenced matter is pending before Judge Chesney. At the case management conference on May 18, 2007, the Court ordered the parties to participate in a judicial settlement conference with Judge Zimmerman. Judge Zimmerman has set the settlement conference for Friday, October 26, 2007 at 9:00 a.m. in Courtroom G.

2. The Court has set October 5, 2007 as the deadline for expert disclosure. The parties to this action wish to have the Court conduct the settlement conference before either party has to incur the costs of retaining experts.

3. On June 1, 2007, defense counsel wrote to the Court and requested that the settlement conference be advanced.

4. On June 4, 2007, defense counsel received a telephone call from the court advising that the settlement conference could be advanced to August 9, 2007 at 9:00 a.m. in Courtroom G, if the parties so stipulated.

5. The parties to this action desire to have the settlement conference dated advanced to August 9, 2007 and, as such, have prepared this Stipulation in accordance with the Court's instructions.

## STIPULATION

In light of the facts set forth in the Recital, the Parties hereby agree and stipulate as follows.

1. The Parties agree to vacate the previously set settlement conference date of October 26, 2007 and advance the settlement conference to August 9, 2007 at 9:00 a.m. before Judge Zimmerman in Courtroom G.

**IT IS SO AGREED AND STIPULATED.**

DATED: June 7, 2007            By: _____
                                   Cody Sierra Molica
                                   Plaintiff in Pro Se

DATED: June 11, 2007           CHAPMAN & INTRIERI, L.L.P.

                               By: _____
                                   Jessica A. Fakhimi
                                   Attorneys for Defendants
                                   SANTA ROSA CHEVROLET, INC.
                                   and JEFFREY PAZ

2
Stipulation To Advance Settlement Conference; [Proposed] Order

## ORDER

Pursuant to the Stipulation between the parties, the settlement conference previously set for October 26, 2007 is vacated. The settlement conference will be advanced to August 9, 2007 at 9:00 a.m. before Judge Zimmerman in Courtroom G.

**PURSUANT TO THE STIPULATION, IT IS SO ORDERED.**

Dated: 11 June, 2007

_____
Judge of the United States District Court

P:\DATA\Open Cases\23616\Pleadings\Stipulation Re Sett Conf.wpd

CHAPMAN & INTRIERI, L.L.P.
ATTORNEYS AT LAW
2236 MARINER SQUARE DRIVE
THIRD FLOOR, SUITE 300
ALAMEDA, CALIFORNIA 94501
TELEPHONE: (510) 864-3600
FACSIMILE: (510) 864-3601

3
Stipulation To Advance Settlement Conference; [Proposed] Order