**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8               IN THE UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   CODY SIERRA MOLICA,                      No. C-07-0373 MMC

12              Plaintiff,                     **ORDER OF DISMISSAL**

13       v.

14   SANTA ROSA CHEVROLET, INC., et al.,

15              Defendants.

16   _____/

17

18       The Court having been advised that the parties have agreed to a settlement of the

19   above-titled action,

20       IT IS HEREBY ORDERED that said action be dismissed without prejudice; provided,

21   however, that if any party hereto shall certify to this Court, within thirty days, with proof of

22   service of a copy thereof on opposing counsel, that the agreed consideration for the

23   settlement has not been delivered, the foregoing order shall stand vacated and the action

24   shall forthwith be restored to the calendar to be set for trial.

25       **IT IS SO ORDERED.**

26                                          _Maxine M. Chesney_

27   Dated: August 8, 2007                  MAXINE M. CHESNEY
                                            United States District Judge

28