Cody S. Molica
4926 Harville Road
Santa Rosa, CA 95409
707-481-1706
cmolica@sonic.net

August 20, 2007

Honorable Judge Maxine M. Chesney
United States District Court, Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

    Re: Cody Sierra Molica v. Santa Rosa Chevrolet, et al.
    USDC Case No.: C-07-0373-MMC

Dear Judge Chesney,

Pursuant to the settlement agreement entered into by both parties, the plaintiff in this action respectfully requests that this court dismiss the pending action with prejudice.

    Sincerely,


    Cody Sierra Molica


  Dated: August 21, 2007



IT IS SO ORDERED
Judge Maxine M. Chesney